IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANTHONY COLLINGWOOD, )<br>)<br>Defendant. )<br>) | Case No. 08-CR-52-C-01 |

---

ORDER

---

Upon review of Plaintiff's Motion to Offset Inmate's State of New York Department of Corrections Inmate Account pursuant to 18 U.S.C. § 3664(k), the motion is hereby granted.

**IT IS ORDERED THAT:**

The State of New York Department of Corrections shall offset 25% of all inmate funds from defendant's inmate account until satisfaction of defendant's restitution debt in this matter or until further order of the Court. It is also ordered that the proceeds be sent to the United States District Clerk of Court, 120 North Henry Street, Room 320, Madison, Wisconsin 53701, and applied toward defendant's restitution debt.

Entered this __2d__ day of __April__, 2009.

BY THE COURT:

_Barbara B. Crabb_
BARBARA C. CRABB
United States District Judge