IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-CR-52-C-01 |
| ANTHONY COLLINGWOOD, | ) |
| Defendant. | ) |

ORDER

Upon review of Plaintiff's Motion to Modify Order, the motion is hereby granted.

**IT IS ORDERED THAT:**

The State of New York Department of Corrections shall offset 20% of all inmate payroll receipts and 50% of all outside receipts until satisfaction of defendant's restitution debt in this matter or until further order of the Court. It is also ordered that the proceeds be sent to the United States District Clerk of Court, 120 North Henry Street, Room 320, Madison, Wisconsin 53701, and applied toward defendant's restitution debt.

Entered this _25th_ day of _August_, 2009.

BY THE COURT:

_Barbara B. Crabb_
BARBARA C. CRABB
United States District Judge